IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ISAAC WILSON, JR.**                                                                                         **PLAINTIFF**
**ADC #079592**

**V.**                               **NO. 4:23-cv-00522-JM-ERE**

**DEXTER PAYNE**, *et al*.                                                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. Mr. Wilson did file a motion to withdraw his request for preliminary injunctive relief, which has been granted. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Wilson's claims against Defendants Jackson and Taylor are DISMISSED, without prejudice, based upon improper joinder. Mr. Wilson's claims against the Doe Defendants are DISMISSED, without prejudice, because Mr. Wilson has abandoned those claims.

The Clerk is instructed to terminate Moses Jackson, Scottie Taylor, and the Does as party Defendants.

IT IS SO ORDERED, this 5th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE