IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ISAAC WILSON, JR.**                                                  **PLAINTIFF**
**ADC #079592**

**V.**                        **NO. 4:23-cv-00522-JM-ERE**

**DEXTER PAYNE,** *et al.*                                                 **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, the parties' timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion to dismiss (*Doc. 17*) is GRANTED, in part. Mr. Wilson's claims against Defendants Payne, Norris, Page, Clark, and Green are DISMISSED, without prejudice. The Clerk is instructed to terminate Defendants Payne, Norris, Page, Clark, and Green as party Defendants. Mr. Wilson may proceed on his failure to protect claim against Defendant Pearson in his individual capacity.

IT IS SO ORDERED this 2nd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE