IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ISAAC WILSON, JR.**  **PLAINTIFF**
**ADC #079592**

V.  NO. 4:23-cv-00522-JM

**DEXTER PAYNE,** *et al*.  **DEFENDANTS**

**ORDER**

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Pearson's motion for summary judgment (*Doc. 40*) is GRANTED. Mr. Wilson's claims are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 8th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE