# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES ISAAC WILSON, JR.**                                          **PLAINTIFF**
**ADC #079592**

**V.**                        **NO. 4:23-cv-00522-JM**

**DEXTER PAYNE,** *et al.*                                                    **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

T IS SO ORDERED, this 8th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE